

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00039-CR

| | | |
|---|---|---|
| AARON ROJAS JR., Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1552246D) |
| V. | § | June 22, 2023 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the trial court's judgments are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
 Justice Elizabeth Kerr